1  ~~Douglas R. Hart, SBN 115673~~
   ~~dhart@sidley.com~~
2  ~~Max C. Fischer, SBN 226003~~
   ~~mfischer@sidley.com~~
3  ~~Erica C. Parks, SBN 273893~~
   ~~eparks@sidley.com~~
4  ~~SIDLEY AUSTIN LLP~~
   ~~555 West Fifth Street, Suite 4000~~
5  ~~Los Angeles, California 90013~~
   ~~Telephone: (213) 896-6000~~
6  ~~Facsimile: (213) 896-6600~~

7  ~~Attorneys for Lamps Plus, Inc.~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANNIE DUNHAM, an individual; LORIE ALVES, an individual; and TOM ALLIE, an individual; and on behalf of all those similarly situated,

    Plaintiffs,

vs.

LAMPS PLUS, INC.,

    Defendant.

Case No. SACV12-1190-JST (ANx)

Hon. Josephine Staton Tucker

**[~~PROPOSED~~] CONFIDENTIALITY ORDER**

LA1 2751695v.1

[~~PROPOSED~~] CONFIDENTIALITY ORDER

## ORDER

The Court, having read and considered the Stipulation for Order Governing the Designation and Handling of Confidential Materials ("Confidentiality Order") of the parties, finds good cause appearing in that discovery in this action will be facilitated. IT IS HEREBY ORDERED that the Stipulated Confidentiality Order is entered in this action without prejudice to any motion for modification.

**IT IS SO ORDERED.**

Dated: June 11, 2013

_____
The Honorable Arthur Nakazato
UNITED STATES MAGISTRATE JUDGE